[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-11543
Non-Argument Calendar
_____

D.C. Docket No. 8:09-cr-00067-VMC-AEP-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM JOSEPH CALIFANO,
a.k.a. Billy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 21, 2013)

Before WILSON, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Joseph Johnson, counsel for William Joseph Califano, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Califano's conviction and sentence are **AFFIRMED.**